*Tuesday, March 12, 2002*

## MOTION AND PROCEDURAL RULINGS

**01–609.  In re Bicknell.**
Butler App. Nos. CA2000–07–140 and CA2000–07–141. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of the motion of *amicus curiae,* American Family Association of Ohio, to participate in oral argument scheduled for April 10, 2002,

IT IS ORDERED by the court that the motion of *amicus curiae* to participate in oral argument be, and hereby is, granted, and *amicus curiae* may present oral argument within the time usually allotted to appellee.

**01–1774.  Gearheart v. Ohio Adult Parole Auth.**
Fairfield App. No. 01CA28. This cause is pending before the court as a discretionary appeal. On October 5, 2001, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B), nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, *sua sponte,* that appellant show cause, within ten days of the date of this entry, why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**01–1813.  Workman v. Franklin Cty.**
Franklin App. No. 00AP–1449. This cause is pending before the court as a discretionary appeal. On October 12, 2001, appellants filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellants have neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B), nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, *sua sponte,* that appellants show cause, within ten days of the date of this entry, why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**02–29.  State ex rel. Gilreath v. Indus. Comm.**
Franklin App. No. 01AP–226. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before April 1, 2002.

*Thursday, March 14, 2002*

## MOTION AND PROCEDURAL RULINGS

**87–192.  State v. Coleman.**
Hamilton App. No. C–850340. Upon consideration of appellant's motion to amend execution date,

IT IS ORDERED by the court that the motion be, and hereby is, denied.